## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | )  No. 18-cr-10294-IT |
| | ) |
| **Jonathan MARTINEZ,** | ) |
| | ) |
| **Defendant.** | ) |

## INFORMATION

Pursuant to Title 21, United States Code, Section 851, the United States files this Information giving notice that at the sentencing of defendant Jonathan Martinez, the United States will seek increased punishment by reason of any one of the following criminal convictions:

Commonwealth of Massachusetts v. Jonathan Martinez, No. 1318CR001195 (Lawrence District Court). Distribution of a class A substance in violation of Massachusetts General Law, Chapter 94C, Section 32; Conviction Date: August 29, 2013.

Commonwealth of Massachusetts v. Jonathan Martinez, No. 1118CR005874 (Lawrence District Court). Possession with intent to distribute a class A substance in violation of Massachusetts General Law, Chapter 94C, Section 32; Conviction Date: August 29, 2013.

Commonwealth of Massachusetts v. Jonathan Martinez, No. 1111CR003531 (Lowell District Court). Possession with intent to distribute a class A substance in violation of Massachusetts General Law, Chapter 94C, Section 32C; Conviction Date: October 16, 2012.

                    Respectfully submitted,

                    ANDREW E. LELLING
                    United States Attorney

By:   */s/ Philip C. Cheng*
       PHILIP C. CHENG
       Assistant United States Attorney

Dated:   August 31, 2018

## CERTIFICATE OF SERVICE

  I hereby certify that I caused a copy of this Information will be served through the Electronic Case Files (ECF) system to all registered participants.

               */s/ Philip C. Cheng*
               PHILIP C. CHENG
               Assistant United States Attorney

Dated: August 31, 2018